**No. 10-8906. Lucienne Hunter and Kevin Smith, Petitioners v. Paul Mansdorf, Chapter 7 Trustee, et al.**

562 U.S. 1298, 131 S. Ct. 1703, 179 L. Ed. 2d 636, 2011 U.S. LEXIS 2395.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 402 Fed. Appx. 228.

■■■■■■■■■

**No. 10-8910. Zanada Amelia Moses, Petitioner v. United States.**

562 U.S. 1298, 131 S. Ct. 1704, 179 L. Ed. 2d 636, 2011 U.S. LEXIS 2310.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 396 Fed. Appx. 650.

■■■■■■■■■

**No. 10-8911. Jaime Zazueta Miranda, Petitioner v. United States.**

562 U.S. 1298, 131 S. Ct. 1704, 179 L. Ed. 2d 636, 2011 U.S. LEXIS 2324.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 697.

■■■■■■■■■

**No. 10-8915. Aroldo David Aguilar, Petitioner v. United States.**

562 U.S. 1298, 131 S. Ct. 1704, 179 L. Ed. 2d 636, 2011 U.S. LEXIS 2262.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■■■■■■■■■

**No. 10-8918. Andre Stanley, Petitioner v. United States.**

562 U.S. 1298, 131 S. Ct. 1704, 179 L. Ed. 2d 636, 2011 U.S. LEXIS 2362.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 396 Fed. Appx. 482.

■■■■■■■■■

**No. 10-8920. Robert James Ocampo, Petitioner v. United States.**

562 U.S. 1298, 131 S. Ct. 1704, 179 L. Ed. 2d 636, 2011 U.S. LEXIS 2402.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 402 Fed. Appx. 90.

■■■■■■■■■

**No. 10-8928. Clyde Sistrunk, aka Angel Sistrunk, Petitioner v. United States.**

562 U.S. 1298, 131 S. Ct. 1705, 179 L. Ed. 2d 636, 2011 U.S. LEXIS 2259.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 90.